IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Montgomery, Sarah

Printed: 01/22/09

Case Number: 06 B 04264
Judge: Hollis, Pamela S
Filed: 4/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 10, 2008
Confirmed: June 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,048.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 452.58 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,402.20 |
| Trustee Fee: |  | 154.18 |
| Other Funds: |  | 39.04 |
| Totals: | 3,048.00 | 3,048.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,402.20 | 2,402.20 |
| 2. | Capital One | Unsecured | 1,398.82 | 61.13 |
| 3. | Capital One | Unsecured | 318.98 | 0.00 |
| 4. | Cavalry Portfolio Services | Unsecured | 746.42 | 22.52 |
| 5. | Asset Acceptance | Unsecured | 360.30 | 15.75 |
| 6. | RoundUp Funding LLC | Unsecured | 139.16 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 4,729.11 | 206.69 |
| 8. | Resurgence Financial LLC | Unsecured | 1,628.02 | 71.15 |
| 9. | Midland Credit Management | Unsecured | 481.46 | 21.04 |
| 10. | RoundUp Funding LLC | Unsecured | 158.06 | 0.00 |
| 11. | B-Real LLC | Unsecured | 1,242.49 | 54.30 |
| 12. | Option One Mortgage Corp | Secured | | No Claim Filed |
| 13. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| 20. | MRSI | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Seventh Avenue | Unsecured | | No Claim Filed |
| | | | $ 13,605.02 | $ 2,854.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Montgomery, Sarah

Printed: 01/22/09

Case Number:  06 B 04264
Judge:  Hollis, Pamela S
Filed:  4/18/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 32.00 |
| 4.8% | 46.08 |
| 5.4% | 76.10 |
| | $ 154.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

